## LLANO COTTON OIL CO. v. REED.

(Court of Civil Appeals of Texas.    April 12, 1911.)

APPEAL AND ERROR (§ 773*)—FAILURE TO FILE BRIEF—AFFIRMANCE.

Where appellant's motion for a new trial was stricken, and it filed no brief on appeal, appellee having entered his appearance and filed a brief, his motion to affirm will be granted, in the absence of a fundamental error in the record.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104–3110; Dec. Dig. § 773.*]

Appeal from District Court, Llano County; Clarence Martin, Judge.

Action by Dave Reed against the Llano Cotton Oil Company. Judgment for plaintiff, and defendant appeals. Affirmed.

J. H. McLean, for appellee.

JENKINS, J. This suit was instituted by appellee against the appellant to recover damages for an alleged breach of contract. Upon trial judgment was rendered for appellee against appellant for $647.80. Appellant has perfected its appeal to this court, but has filed no brief. Appellant's motion for a new trial in the court below was stricken out in that court for the reason that it was not filed in the time required by law.

Appellee has entered his appearance in this court and filed a brief herein, and asks that the judgment of the court below be affirmed.

We have examined the record, and, finding no fundamental error therein, the judgment of the lower court is affirmed.

Affirmed.

KEY, C. J., did not sit in this case.